IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>CYNTHIA M. FARRIOR,<br>        Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br>        Movant,<br><br>    v.<br><br>CYNTHIA M. FARRIOR, and<br>CHANEYA SANDRA FARRIOR (Non-Filing Co-Debtor), and<br>KENNETH E. WEST, Trustee,<br>        Respondents. | Bankruptcy No. 24-10772-pmm<br><br><br>Chapter 13 |

## MOTION FOR RELIEF & CO-DEBTOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, comes Movant, Toyota Motor Credit Corporation (the "Movant"), by and through its undersigned counsel, Keri P. Ebeck, Esquire, and files this *Motion for Relief & Co-Debtor Relief from the Automatic Stay* (the "Motion"), representing as follows:

### THE PARTIES

1.      Respondents, Cynthia M. Farrior ("Debtor"), and Chaneya Sandra Farrior ("Non-Filing Co-Debtor) are an adult individuals with a place of residence located at 6517 N. Smedley Street, Philadelphia, PA 19126.

2.      Kenneth E. West is the duly appointed Chapter 13 Trustee and is currently acting in such capacity.

### JURISDICTION AND VENUE

3.      This matter is a core proceeding, and this Court has jurisdiction pursuant to 28 U.S.C. § 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  Movant seeks relief pursuant to 11 U.S.C. § 362(d) and FRBP 4001 and 9014.

FACTUAL BACKGROUND

4.      On or about March 6, 2024, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 of the Bankruptcy Code.

5.      On or about January 29, 2021, the Debtors purchased a 2021 Toyota RAV4, VIN: 2T3G1RFV1MC151158 (the "Vehicle"), pursuant to a Retail Installment Contract (the "Contract") with the Movant, a true and correct copy of which is attached hereto as **Exhibit A**.

6.      Movant has a secure interest in the Vehicle, as evidenced by the Certificate of Title attached hereto as **Exhibit B**.

7.      The Contract requires monthly payments of $620.89, which amounts are due on or before the 14th of each month.

8.      The Debtors have failed to make their monthly post-petition payments to Movant from October 14, 2024, to June 14, 2026. The Debtor is $12,625.79 in post-petition payment arrears.

9.      The total balance due on the Contract as of June 8, 2026, was $21,996.97.

10.      The J.D. Power value of the Vehicle is $22,625.00. J.D. Power report attached hereto as **Exhibit C**.

11.      Movant is entitled to relief from the automatic stay for cause, because the Debtors have failed to make post-petition payments to Movant.  11 U.S.C. §362(d)(1).

12.      Code Section 1301 provides for a stay against collection against a co-debtor.

13.      Movant is entitled to co-debtor relief pursuant to 11 U.S.C. § 1301(c) because (i) Movant will be irreparably harmed if not able to pursue collection action against the Co-Debtor for any balance of the note not paid and for the right to sell the Vehicle.

WHEREFORE, Movant, Toyota Motor Credit Corporation, respectfully requests that this

Honorable Court enter an Order, pursuant to 11 U.S.C. § 362(d), granting Movant relief & Co-

Debtor relief from stay with respect to the 2021 Toyota RAV4, VIN: 2T3G1RFV1MC151158.

Respectfully submitted,

METZ LEWIS BRODMAN MUST
O'KEEFE.

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@metzlewis.com
444 Liberty Avenue, Suite 2100
Pittsburgh, PA 15222
Phone - (412) 918-1112

*Counsel for Movant*

Dated:  July 1, 2026