**Fill in this information to identify the case:**

Debtor 1   CYNTHIA M. FARRIOR

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number 24-10772-pmm

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Deutsche Bank National Trust Company as Trustee for NovaStar Mortgage Funding Trust, Series 2006-5 NovaStar Home Equity Loan Asset-Backed Certificates, Series 2006-5

**Court claim no.** (if known): 11

**Last four digits** of any number you use to identify the debtor's account: 4662

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: ____/____/_____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. Attorney's fees | 03/20/2024: Plan Review Fee @ $250.00 | (3) | $ 250.00 |
| 4. Filing fees and court costs | | (4) | $ 0.00 |
| 5. Bankruptcy/Proof of claim fees | 05/10/2024: Preparation/Filing of Proof of Claim Fee @ $700.00 | (5) | $ 700.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. Property inspection fees | | (7) | $ 0.00 |
| 8. Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. Property preservation expenses. Specify: | | (10) | $ 0.00 |
| 11. Other. Specify: | | (11) | $ 0.00 |
| 12. Other. Specify: | | (12) | $ 0.00 |
| 13. Other. Specify: | | (13) | $ 0.00 |
| 14. Other. Specify: | | (14) | $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  CYNTHIA M. FARRIOR
         First Name    Middle Name    Last Name

Case number *(if known)* 24-10772-pmm

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.
☒ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/Ryan Starks
  Signature

Date  09/10/2024

**Print:** Ryan Starks (330002)
         First Name    Middle Name    Last Name

Title  Attorney

Company  Brock & Scott, PLLC

Address  3825 Forrestgate Dr.
         Number           Street

         Winston-Salem, NC 27103
         City       State     ZIP Code

Contact phone  844-856-6646

Email  PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>CYNTHIA M. FARRIOR<br><br>Deutsche Bank National Trust Company as Trustee for NovaStar Mortgage Funding Trust, Series 2006-5 NovaStar Home Equity Loan Asset-Backed Certificates, Series 2006-5,<br>　　　Movant<br><br>vs.<br><br>CYNTHIA M. FARRIOR ,<br>　　　Debtor | Case No. 24-10772-pmm<br>Chapter 13 |

## **CERTIFICATE OF SERVICE**

　　I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

Brad J Sadek, Debtor's Attorney
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
brad@sadeklaw.com


Kenneth E West, Bankruptcy Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Office of United States Trustee, US Trustee
Robert N.C. Nix Federal Building
900 Market Street  Suite 320
Philadelphia, PA 19107

Via First Class Mail:

Cynthia M. Farrior
6517 N. Smedley Street
Philadelphia, PA 19126

Date: September 10, 2024

                                                */s/Ryan Starks*
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

**Brock & Scott, PLLC**

PO Box 117788

Atlanta, GA 30368

Phone No: (336) 354-1200

Fax No: (336) 354-1206

### Bankruptcy - Bankruptcy Services - Chapter 13 - INVOICE

| | |
|---|---|
| PHH Mortgage | Invoice #: ▇▇▇ |
| Andrea Jenkins | Invoice Status: ACH Confirmed |
| 2001 Bishops Gate Blvd | Input By: netdirector |
| Mount Laurel, NJ 08054 | Date Submitted: 3/21/2024 |
| Re: FARRIOR CYNTHIA M | Invoice Date: 3/21/2024 |
| 6517N SMEDLEY ST | Vendor Ref #: 24-07485_BKPLN01 |
| PHILADELPHIA, PA 19126 3501 | Vendor Code: BROCK |
| Loan #: ▇▇▇ | Payee Code: ▇▇▇ |
| Loan Type: Conventional | Type: Non Judicial |
| Inv. ID / Cat. ID: ▇▇▇ | Referral Date: 3/9/2024 |
| Cost Center: | |
| CONV Case No: | Acquisition Date: |
| GSE Code: ▇▇▇ | Paid in Full Date: N/A |
| GSE REO Rem. Cod | Foreclosure Removal: N/A |
| | HiType: 1 |
| Original Mortgage Amount: 650.00 | Class Code: |
| Litigation Status Code: ▇▇▇ | |
| Man Code: | |
| BK Case No: 24-10772 | |
| BK Chapter: 13 | |

Invoice ID: ▇▇▇
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 3/21/2024 | 4/13/2024 | 4/19/2024 | | 4/13/2024 | 4/15/2024 | 4/17/2024 |

| Fee Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Attorney Fees - Plan Review Fee | | N | 03/20/2024 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |

**Note:** Plan Review ▇▇▇
**Service From Date:** 3/20/2024      **Service To Date:** 3/20/2024

| | | | |
|---|---|---|---|
| | **$250.00** | **$0.00** | **$250.00** |

| | | | |
|---|---|---|---|
| **Total:** | **$250.00** | **$0.00** | **$250.00** |

**Invoice Level Exceptions**
None

**Invoice Level Comment**
Approval attached for all cost line items and over the allowable fees

Execution Date Time: 09/08/2024 11:54:14 AM                                                                          Pages: 1/ 2

**Payment information**

| Requested Date | Check/ACH# | Payment Date | Amount |
|---|---|---|---|
| 04/15/2024 | ███ | 04/16/2024 | $250.00 |

| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
|---|---|---|---|---|---|---|
| Attorney Fees | Plan Review Fee | ███ | ███ | ███ | ███ | $250.00 |

**Brock & Scott, PLLC**

PO Box 117788

Atlanta, GA 30368

Phone No: (336) 354-1200

Fax No: (336) 354-1206

### Bankruptcy - Bankruptcy Services - Chapter 13 - INVOICE

| | |
|---|---|
| PHH Mortgage | Invoice #: ▮▮▮ |
| Andrea Jenkins | Invoice Status: ▮▮▮ |
| 2001 Bishops Gate Blvd | Input By: netdirector |
| Mount Laurel, NJ 08054 | Date Submitted: 5/14/2024 |
| Re: FARRIOR CYNTHIA M | Invoice Date: 5/14/2024 |
| 6517N SMEDLEY ST | Vendor Ref #: 24-07485_BKPOC01 |
| PHILADELPHIA, PA 19126 3501 | Vendor Code: BROCK |
| Loan #: ▮▮▮ | Payee Code: ATBROCK |
| Loan Type: Conventional | Type: Non Judicial |
| Inv. ID / Cat. ID: ▮▮▮ | Referral Date: 3/9/2024 |
| Cost Center: | |
| CONV Case No: | Acquisition Date: |
| GSE Code: ▮ | Paid in Full Date: N/A |
| GSE REO Rem. Code: | Foreclosure Removal: N/A |
| | HiType: 1 |
| Original Mortgage Amount: $101,650.00 | Class Code |
| Litigation Status Code: ▮ | |
| Man Code: | |
| BK Case No: 24-10772 | |
| BK Chapter: 13 | |

Invoice ID: ▮▮▮
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 5/14/2024 | 6/7/2024 | 6/7/2024 | | 6/7/2024 | 6/7/2024 | 6/11/2024 |

| Fee Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Attorney Fees - Proof of Claim | | N | 05/10/2024 | 1 | $700.00 | $700.00 | $0.00 | $700.00 |
| **Note: Proof Of Claim** ▮▮▮ | | | | | | | | |
| **Service From Date: 5/10/2024** | | | **Service To Date: 5/10/2024** | | | | | |
| Attorney Fees - Bankruptcy Fee | | N | 05/10/2024 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |
| ▮▮▮ | | | | | | | | |
| | | | | | | $950.00 | $0.00 | $950.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Total:** | | | | | | $950.00 | $0.00 | $950.00 |

**Invoice Level Exceptions**
None

**Invoice Level Comment**
Approval attached for all cost line items and over the allowable fees

Execution Date Time: 09/08/2024 11:54:14 AM                                              Pages: 1/ 2

**Payment information**

| Requested Date | Check/ACH# | Payment Date | Amount | | | |
|---|---|---|---|---|---|---|
| 06/07/2024 | ▇▇▇▇ | 06/10/2024 | $250.00 | | | |
| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
| Attorney Fees | Bankruptcy Fee | ▇▇▇▇ | ▇▇▇▇ | ▇▇▇▇ | ▇▇▇▇ | $250.00 |
| Requested Date | Check/ACH# | Payment Date | Amount | | | |
| 06/07/2024 | ▇▇▇▇ | 06/10/2024 | $700.00 | | | |
| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
| Attorney Fees | Proof of Claim | ▇▇▇▇ | ▇▇▇▇ | ▇▇▇▇ | ▇▇▇▇ | $700.00 |